# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Sun Yun, Qu Yi, Ma JingHui, and Gao Huaizhen
Plaintiff

v.

Wall012, LLC, Wall016, LLC, Wall017, LLC,
Platinum Investment Corporation, JMJ Holdings, LLC
Defendant

3:20-CV-0037-E
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Sun Yun
Qu Yi
Ma Jinghui
Gao Huaizhen
Wall012 LLC
Wall 016, LLC
Wall 017, LLC
Platinum Investment Corporation
JMJ Holdings, LLC

Date: 02/14/2020

Signature: William A. Pigg

Print Name: William A. Pigg

Bar Number: 24057009

Address: 10455 N. Central Expwy. Ste 109

City, State, Zip: Dallas TX 75231

Telephone: (214) 551-9391

Fax: (214) 602-8832

E-Mail: wapigg@pigglawfirm.com


**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons