**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SUN YUN, QU YI, MA JINGHUI, and GAO HUAIZHEN,** | § | **CASE NUMBER: 3:20-cv-00371-E** |
| **PLAINTIFFS,** | § | |
| **Versus** | § | |
| **WALL012, LLC, WALL016, LLC, WALL017, LLC, PLATINUM INVESTMENT CORPORATION, and JMJ HOLDINGS, LLC,** | § | |
| **Defendants.** | § | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Sun Yun, Qu Yi, Ma Jinghui, and Gao Huaizhen, through their undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendant Wall012, LLC, Wall016, LLC, Wall017, LLC, Platinum Investment Corporation, and JMJ Holdings, LLC.

Respectfully submitted,

WILLIAM A. PIGG, PLLC

By: /s/ William A. Pigg
William A. Pigg – Attorney in Charge
Texas Bar No. 24057009
10455 North Central Expressway, Suite 109
Dallas, Texas 75231
Tel. (214) 551-9391
Fax. (214) 602-8832
Email: wapigg_law@yahoo.com
Attorney for Plaintiffs Sun Yun, Qu Yi, Ma Jinghui, and Gao Huaizhen